# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA STEWART,<br><br>   Plaintiff,<br><br> vs.<br><br>SUPREME ABRASIVES, INC., a California Corporation,<br><br>   Defendant. | No. SACV14-01751 CJC (JCGx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Cormac J. Carney<br><br>Trial Date:  None Set |
| SUPREME ABRASIVES, INC., a California corporation,,<br><br>   Counterclaimant,<br><br> vs.<br><br>JOSHUA STEWART, an individual, and ROES 1-25, inclusive,,<br><br>   Counterdefendants. | |

  Plaintiff Joshua Stewart has announced to the Court that all matters in controversy against Supreme Abrasives, Inc. have been resolved, and Counterclaimant Supreme Abrasives, Inc. has announced to the Court that all matters in controversy against Joshua Stewart have been resolved. A Joint

930802.1

1

ORDER OF DISMISSAL WITH PREJUDICE

1  Stipulation of Dismissal with Prejudice has been signed and filed with the Court.
2  Having considered the Joint Stipulation of Dismissal with Prejudice, the Court
3  makes and delivers the following ruling:
4      IT IS ORDERED that the claims and causes of action asserted herein by
5  Plaintiff Joshua Stewart against Defendant Supreme Abrasives, Inc., and by
6  Counterclaimant Supreme Abrasives against Counterdefendant Joshua Stewart, are
7  in all respects dismissed with prejudice to the refiling of same, with each party to
8  bear its own attorneys' fees and court costs.

10  DATED: February 17, 2015

                      Hon. Cormac J. Carney
                      United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**MUSICK, PEELER & GARRETT LLP**

ATTORNEYS AT LAW

930802.1

ORDER OF DISMISSAL WITH PREJUDICE